In re SCHMIDT. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) In the matter of the appraisal of the estate of Anna M. Schmidt, deceased, under acts relating to the taxable transfers of property. No opinion. Order affirmed, with $10 costs and disbursements.

SCHMIEG, Respondent, v. UNION RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 20, 1903.) Action by Elizabeth Schmieg, as administratrix, against the Union Railway Company of New York City. C. F. Brown, for appellant. M. C. Heine, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

VAN BRUNT, P. J., and McLAUGHLIN, J., dissent.

SCHUTZ, Respondent, v. UNION RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by Friedrich Otto Schutz against the Union Railway Company of New York City.

PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD, J., dissents.

